# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MISCHELLE RICHTER ) | |
| ) | |
| Plaintiff, ) | Case No. 10-cv-01179-JTM |
| ) | |
| v. ) | |
| ) | |
| ADVANCE AUTO PARTS, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, and upon the request of the parties, the Court hereby dismisses this action with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

                                             */s/ John T. Maughmer*
                                             **John T. Maughmer**
                                        **United States Magistrate Judge**